Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
MARK A. LUTRELL BC3958

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. LUTRELL  )<br>  )<br>　　　Plaintiff,  )<br>  )<br>v.  )<br>  )<br>NANCY A. BERRYHILL, Acting  )<br>Commissioner of Social Security.  )<br>  )<br>　　　Defendant.  )<br>  )<br>_____  ) | Case No.: 1:17-cv-00821-EPG<br><br>ORDER AND STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF |

Plaintiff Mark A. Lutrell and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from February 7, 2018 to March 9, 2018 for Plaintiff to file an Opening Brief, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the

issues presented. Counsel was temporarily unable to reach her client; however, that issue has resolved. Counsel was not able to file the motion during that period. Counsel needed information that has now been made available to her. Counsel makes this request in good faith and for good cause.

DATE: February 9, 2018        Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Denise Bourgeois Haley*
_____
Denise Bourgeois Haley
Attorney for plaintiff Mr. Mark A. Lutrell

DATE:  February 9, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

BY: /s/ *Jennifer A. Kenney*
_____
Jennifer A. Kenney
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

# **ORDER**

In light of the above stipulation, and good cause appearing, the time for Plaintiff to file an Opening Brief is hereby extended to March 9, 2018. All other dates in the Court's Scheduling Order, (ECF No. 5), shall be extended accordingly.

IT IS SO ORDERED.

Dated: __**February 13, 2018**__          /s/ Erin P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE