Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
MARK A. LUTRELL BC3958

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. LUTRELL | Case No.: 1:17-cv-00821-EPG |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | |
| Defendant. | |

Plaintiff Mark A. Lutrell and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from March 9, 2018 to April 6, 2018 for Plaintiff to file an Opening Brief or other motion, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's second request for extension. Counsel seeks this extension to continue settlement negotiations. Because counsel was called away due to a family emergency for a critical period, assistance to comply

-1-

with the deadline was requested from another attorney within the firm. During that period, counsel was not able to contact the claimant to discuss critical issues as claimant was recently released from confinement. Counsel is seeking the location of her client and will file the appropriate motion within the allotted period. Counsel presents good cause for this last extension and respectfully makes this request in good faith.

DATE: March 9, 2018     Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ Denise Bourgeois Haley
Denise Bourgeois Haley
Attorney for plaintiff Mr. Mark A. Lutrell

DATE: March 9, 2018     MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

BY: /s/ *Jennifer A. Kenney*
Jennifer A. Kenney
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

# **ORDER**

In light of the above stipulation, and good cause appearing, the time for Plaintiff to file an Opening Brief is hereby extended to April 6, 2018. All other dates in the Court's Scheduling Order, (ECF No. 5), shall be extended accordingly.

IT IS SO ORDERED.

Dated: **March 12, 2018**

/s/ *Erin P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

-3-